CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

7/12/2018

JULIA C. DUDLEY, CLERK
BY: s/ Christel Kemp
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# DANVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>135 HUFF DRIVE, MARTINSVILLE, VIRGINIA 24112 | **SEALED**<br><br>Case No. 4:18MJ81 |

### AFFIDAVIT IN SUPPORT OF APPLICATIONS FOR A SEARCH WARRANT

I, Christopher N. Young, being first duly sworn, hereby depose and state as follows:

### Introduction & Agent Background

1. This affidavit is submitted in support of an application for a search warrant for 135 Huff Drive, Martinsville, Virginia, utilized by Cesar GONZALEZ-Parra for drug distribution activities.

2. I have been a Task Force Officer with the United States Drug Enforcement Administration (DEA) since October, 2008. I am currently assigned to Enforcement Group 25, Roanoke Resident Office, of the DEA Washington Division Office and have been employed by the Henry County Sheriff's Office for over 17 years. I have received training in all areas of narcotics investigations including search and seizure laws and statutes pertaining to enforcement of the Controlled Substances Act. Since becoming a DEA Task Force Officer in 2008, I have either conducted or assisted other law enforcement officers in conducting numerous narcotics investigations that have resulted in the arrest and conviction of numerous individuals.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

1

4. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that Cesar GONZALEZ-Parra violated Title 21, United States Code, Sections 841, possession with intent to distribute marijuana and cocaine. There is also probable cause to search the three locations described in Attachment A for evidence of these crimes, as described in Attachment B.

### Subjects and Offenses

5. This investigation concerns alleged violations of Title 21, United States Code, Sections 841(a), (b)(1)(C) and (b)(1)(D), Possess with the Intent to Distribute Marijuana, a Schedule I Controlled Substance, and Cocaine, a Schedule II Controlled Substance. I have participated in the investigation of the drug trafficking activities related to Cesar GONZALEZ-Parra since October 2015. During that investigation, law enforcement determined that the Cesar GONZALEZ-Parra is operating a drug trafficking organization in the Western District of Virginia. LAW ENFORCEMENT HAS OBSERVED CESAR GONZALEZ-PARRA ON THE PROPERTY OF 135 HUFF DRIVE ON NUMEROUS OCCASIONS AND BELIEVE THIS TO BE HIS PRIMARY RESIDENCE.

6. During this investigation, on April 5, 2016, Cesar GONZALEZ-Parra advised a Confidential Source that he, Cesar GONZALEZ-Parra, had kilograms of cocaine for sale for $36,000.

7. Additionally, as part of this investigation, on March 9, 2016, a traffic stop was conducted by the Pittsylvania County Sheriff's Office and the Virginia State Police. Cesar GONZALEZ-Parra was identified as an occupant of the vehicle. Inside the vehicle, law enforcement located approximately one-eighth of an ounce of powdered cocaine and approximately $8,000 in U.S. Currency. A search of Cesar GONZALEZ-Parra's phone revealed photographs of large amounts of U.S. Currency in open five-gallon buckets and kilograms of cocaine sitting on digital scales.

2

8.      On September 27, 2017, a Confidential Source (CS) was interviewed by the Pittsylvania County Sheriff's Office and the Virginia State Police. The CS admitted that his/her cocaine source of supply in the past had been Cesar and Geronimo GONZALEZ-Parra, who are brothers. The CS also identified the GONZALEZ-Parra brothers were large scale drug traffickers with connections to the Mexican cartel. A state search warrant was subsequently obtained for the residence of Geronimo GONZALEZ-Parra. Inside the residence law enforcement seized approximately $6,000 U.S. Currency and ledgers detailing narcotics sales.

9.      On July 10, 2018, Postal Inspector McCafferty, United States Postal Inspection Service, executed federal search warrant 7:18MJ82 on United States Postal Service (USPS) Priority Mail Express "EE206954845US" shipped from California, resulting in the seizure of approximately 7,079 grams of marijuana. On July 11, 2018, a controlled delivery of the USPS package and marijuana was conducted at 1711 Plantation Drive, Axton, VA. The package was delivered to the front porch of 1711 Plantation Drive, Axton, VA by an undercover postal inspector. The package was under continuous law enforcement surveillance and a gray Nissan truck with Virginia tag (UYU-1817) was observed driving to 1711 Plantation Drive, Axton, VA. The passenger of the vehicle was observed exiting the vehicle and taking possession of the package and placed it into the pickup truck. The vehicle traveled to 135 Huff Drive, Martinsville, VA while under law enforcement surveillance. Law enforcement observed the package was taken into a large outbuilding on the property next to the primary residence.

10.     Agents entered the large outbuilding to detain the individual carrying the package, and, after entering, observed a money counter, a ledger and packaging materials[1] in

---

[1] The packaging materials consisted of plastic wrap, dryer sheets, tape and rubber bands.

3

plain view inside the large outbuilding. Based on your affiant's training and experience, drug traffickers are known to package and return large amounts of U.S. Currency to their suppliers. Additionally, drug traffickers are known to maintain ledgers of drug proceeds collected and counted as a result of their drug trafficking activities.

11. The 135 Huff Drive, Martinsville, VA address is believed to have received several suspected marijuana packages from Grandview, Washington, in the past. A search of postal records revealed numerous USPS Priority Mail Express packages were mailed from Grandview, Washington, and delivered to 135 Huff Drive, Martinsville, Virginia in both 2017 and 2018. On May 4, 2017, eight (8) USPS Priority Mail Express packages were mailed from Grandview, Washington, and delivered to 135 Huff Drive, Martinsville, Virginia. On April 27, 2018, three (3) USPS Priority Mail Express packages were mailed from Grandview, Washington and delivered to 135 Huff Drive, Martinsville, Virginia. On May 18, 2018, three (3) USPS Priority Mail Express packages were mailed from Grandview, Washington and delivered to 135 Huff Drive, Martinsville, Virginia. On June 1, 2018, three USPS Priority Mail packages were mailed from Grandview, Washington to 135 Huff Drive, Martinsville, Virginia. The weight on all of these packages ranges from ten (10) to twenty (20) pounds. Based on your affiant's training and experience, marijuana distributors frequently ship packages of marijuana using the postal service from cities in Washington state, and those packages consistently weigh between ten (10) to twenty (20) pounds, due to the bulky nature of marijuana. Furthermore, the state of Washington is a known source for controlled substances, specifically marijuana, mailed into the Western District of Virginia.

## Conclusion

12. Your affiant submits that the property located at 135 Huff Drive, Martinsville,

4

VA is used by Cesar GONZALEZ-Parra for the purpose of trafficking illegal narcotics. Further, your affiant believes that on the property located at 135 Huff Drive, Martinsville, VA there exists evidence that will assist investigators in identifying the full extent of Cesar GONZALEZ-Parra's drug distribution network.

13. Based on the forgoing, I request that the Court issue the proposed search warrant for the property located at 135 Huff Drive utilized by Cesar GONZALEZ-Parra.

Respectfully submitted,

/s/Christopher Young
Christopher Young
Task Force Officer, DEA

Received by reliable electronic means and sworn and attested to by telephone on July 11, 2018.

*Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge
Western District of Virginia